THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WILSON, Appellant. [745 NYS2d 921]

The defendant's *Batson* challenge (*see Batson v Kentucky,* 476 US 79) was properly denied since he failed to establish a prima facie case of discrimination. To establish a prima facie case, a defendant must demonstrate that members of a cognizable racial group were excluded from the jury venire, and that facts and other relevant circumstances support an inference of impermissible discrimination (*see People v Brown,* 97 NY2d 500; *People v Childress,* 81 NY2d 263). The defendant failed to satisfy the second element. His assertion that the prosecutor struck a disproportionate number of black venirepersons was insufficient to establish a pattern of purposeful exclusion sufficient to raise an inference of discrimination (*see People v Brown, supra*).

Contrary to the defendant's contention, the People were properly permitted to present, in rebuttal, witnesses whose testimony contradicted the defendant's testimony concerning his whereabouts at the time of the murder (*see People v Cade,* 73 NY2d 904; *People v Gross,* 171 AD2d 810). Although the challenged testimony tended to impeach the defendant's credibility, it was not collateral since it related to a material issue in the case (*see People v Gross, supra; People v Beavers,* 127 AD2d 138).

The defendant's remaining contentions are without merit. O'Brien, J.P., Friedmann, McGinity and H. Miller, JJ., concur.